IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RESOLUTE FOREST PRODUCTS, INC., <br> RESOLUTE FP US, INC, <br> RESOLUTE FP AUGUSTA, LLC, <br> FIBREK GENERAL <br> PARTNERSHIP, FIBREK U.S., <br> INC., FIBREK INTERNATIONAL <br> INC., and RESOLUTE FP <br> CANADA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka <br> "GREENPEACE STICHTING <br> COUNCIL"), GREENPEACE, <br> INC., GREENPEACE FUND, <br> INC., FORESTETHICS, <br> DANIEL BRINDIS, AMY <br> MOAS, MATTHEW DAGGETT, <br> ROLF SKAR, TODD PAGLIA, <br> and JOHN AND JANE DOES 1-<br> 20, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE NO. _____ |

## MOTION OF DEFENDANT GREENPEACE, FUND, INC. TO DISMISS

NOW COMES Defendant Greenpeace Fund, Inc. and moves to dismiss all counts of the complaint against it, on the ground that no count states a claim upon which relief can be granted against Greenpeace Fund, Inc.

Defendant Greenpeace Fund, Inc. submits herewith its supporting brief.

September 8, 2016

                                          /s/ James S. Murray
                                        JAMES S. MURRAY
                                        Georgia Bar No.: 531801

WARLICK, STEBBINS, MURRAY& CHEW, LLP
Post Office Box 1495
Augusta, Georgia 30903-1495
(p) (706) 722-7543
[jmurray@wsmclaw.com](mailto:jmurray@wsmclaw.com)

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed the forgoing Greenpeace Fund, Inc.'s Motion to Dismiss and have served all parties in this case using the CM/ECF System which will automatically generate an email notification of such filing to all the attorneys of record listed with the Clerk of Court.

This 8th day of September, 2016

      /s/ James S. Murray
JAMES S. MURRAY
Georgia Bar No.: 531801