UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| RESOLUTE FOREST PRODUCTS, INC., *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:16-cv-00071-JRH-BKE |
| v. | ) | |
| | ) | |
| GREENPEACE INTERNATIONAL (aka | ) | |
| "GREENPEACE STICHTING COUNCIL") *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO LIFT THE STAY OF DISCOVERY**

COME NOW Resolute Forest Products, Inc., Resolute FP US, Inc., Resolute FP Augusta, LLC, Fibrek General Partnership, Fibrek US, Inc., Fibrek International Inc., and Resolute FP Canada, Inc., plaintiffs in the above-captioned matter, and respectfully move this Court to lift the stay of discovery entered on September 22, 2016 (Doc. 66) for the reasons set forth in the memorandum of law accompanying this motion.

This 16th day of December, 2016.

| | |
|---|---|
| James B. Ellington | /s/ Lauren Tabaksblat |
| Georgia Bar No. 243858 | Michael J. Bowe (admitted *pro hac vice*) |
| Hull Barrett, PC | Lauren Tabaksblat (admitted *pro hac vice*) |
| P. O. Box 1564 | Kasowitz, Benson, Torres & Friedman, LLP |
| Augusta, Georgia 30903 | 1633 Broadway, New York, NY 10019 |
| (706) 722-4481 (telephone) | (212) 506-1700 (telephone) |
| (706) 722-9779 (facsimile) | mbowe@kasowitz.com |
| jellington@hullbarrett.com | ltabaksblat@kasowitz.com |
| | |
| | *Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Notice of Motion to Lift Stay of Discovery with the Clerk of Court using the CM/ECF system and served upon counsel of record by electronic filing, as follows:

Michael J. Bowe
Lauren Tabaksblat
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

James S. Murray
Warlick, Stebbins, Murray, Chew LLP
P.O. Box 1495
Augusta, GA 30903

Lisa Zycherman
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue, NW
Washington, DC 20006-2401

Thomas M. Barton
Shaun M. Daughtery
Coles Barton, LLP
150 South Perry Street, Suite 100
Lawrenceville, GA 30046

Thomas W. Tucker
Tucker Long
P. O. Box 2426
Augusta, GA 30903

This 16th day of December, 2016.

/s/ Lauren Tabaksblat
Lauren Tabaksblat